IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01985-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ZACHARY LOUIS MARNER,

    Plaintiff,

v.

TOM MELEGRANO, Compri Consulting Executive,
COMPRI CONSULTING,
BOEING CORPORATION, D/B/A JEPPESEN SANDERSON,
MARK VAN TINE, Boeing Corporation, D/B/A Jeppesen Sanderson Executive,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Zachary Louis Marner, resides in Aurora, Colorado.  On September 10, 2015, he submitted a Complaint (ECF No. 1).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this order.  Mr. Marner will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)    xx     is not submitted
(2)    __     is not on proper form (must use the Court's current form)
(3)    __     is missing original signature by Plaintiff
(4)    __     is missing affidavit
(5)    __     affidavit is incomplete
(6)    __     affidavit is not properly notarized
(7)    __     names in caption do not match names in caption of complaint, petition or application
(8)    xx     other: in the alternative, Mr. Marner may pay the $400.00 filing fee.

**Complaint or Petition**:
(9)   __   is not submitted
(10)  xx   is not on proper form (must use the court's current form)
(11)  __   is missing an original signature by the Plaintiff
(12)  __   is incomplete
(13)  __   uses et al. instead of listing all parties in caption
(14)  xx   names in caption do not match names in text of Complaint (although numerous employees are named, the two defendants, Tom Melegrano and Mark Van Tine, are not mentioned in the text of the Complaint).
(15)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  __   other:

It appears that Mr. Marner's claims are based on employment discrimination under Title VII. If so, Mr. Marner should use the court-approved Title VII Complaint form, along with the applicable instructions, which can be found on the court's website at www.cod.uscourts.gov. If Mr. Marner's action is not based on employment discrimination, he should use the court-approved General Complaint form, also found on the court's website. Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing either a Title VII Complaint or a General Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 15, 2015, at Denver, Colorado.

                              BY THE COURT:

                              s/Gordon P. Gallagher
                              United States Magistrate Judge